### WILLIAMS V. ALCOCK

John Williams (who married the Eldest Daughter of M$^r$ John Alcock deceased & one of the Executrixes of his Last will & testament) plantiff against the Goods debts or Estate that was the Estate of M$^r$ John Alcock Late of Roxbury phisitian deceased now in the hands of M$^r$ John Greene as Agent or Attourney to M$^r$ John Hull & the rest of the Guardians of the Childrens Estate of the s$^d$ Alcock Defend$^t$ In an Action of the case for refusing to deliuer to the said Williams his part of that Estate or for not diuiding the same soe that he might haue his just & full part of the same due to him by the last will & testament of the said Alcock appeareth which Legacy or Estate hath beene Due Long since shee beeing of Age but detayned to the great wrong and Damage of the plantiff & other due damages according to Attachm$^t$ Dated the 22th of y$^e$ 11 m$^o$ 1671 . . . [16] the Jurie . . . found for the Defend$^t$ Costs of Court.